JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYFORD TYLER, JR., | ) Case No. CV 20-0679-JPR |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| JOSIE GASTELO, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Denying Petition and Dismissing Action with Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 10/8/2020

*[signature]*

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE